UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ARELY WESTLEY a/k/a WILSON      CIVIL ACTION
AMILCAR VELASQUEZ-CABALLERO
                                NO. 25-229
VERSUS
                                SECTION M (4)
MELLISSA B. HARPER, *et al.*

# **ORDER**

Considering the petitioner's motion for temporary restraining order,[1] the verified petition,[2] the applicable law, and the statements made by counsel at the telephone hearing held on February 1, 2025, at 3:00 p.m. Central,

IT IS ORDERED that petitioner's motion for temporary restraining order is GRANTED.

IT IS FURTHER ORDERED that respondents are RESTRAINED from (a) attempting to remove petitioner from the jurisdiction of the United States District Court for the Eastern District of Louisiana to any location outside this district, and (b) removing petitioner from the United States.

IT IS FURTHER ORDERED that the respondents file a response to the petitioner's motion for temporary restraining order (preliminary injunction) by midnight on February 3, 2025.

IT IS FURTHER ORDERED that petitioner may file a reply by midnight on February 4, 2025.

IT IS FURTHER ORDERED that a hybrid Zoom/in-person preliminary injunction hearing will be held on February 5, 2025, at 2:00 p.m. Central. The Court will provide zoom login information for out-of-town participants in a notice of hearing to follow.

---

[1] R. Doc. 2.
[2] R. Doc. 1.

New Orleans, Louisiana, this 1st day of February, 2025.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE